AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| MARSHA M. HAMASAKI, SBN 102720<br>REICH, ADELL & CVITAN<br>3550 Wilshire Boulevard, Suite 2000<br>Los Angeles, California 90010-2421<br>TELEPHONE NO.: (213) 386-3860   FAX NO.: (213) 386-5583<br>ATTORNEY FOR *(Name):* MARSHA M. HAMASAKI | |

NAME OF COURT: UNITED STATES DISTRICT COURT
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF: CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA, etc.,
DEFENDANT: JERROLD-CORP., a corporation, et al.,

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[X] Judgment Debtor   [ ] Third Person | CV 00-07120 CAS(CWx) |

### ORDER TO APPEAR FOR EXAMINATION

1. TO *(name):* PATRICK FRANCIS JERROLD
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you. and produce documents at the examination as listed on Exhibit "1" attached hereto.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: June 3, 2008   Time: 10:00 AM.   Dept. or Div.:   Rm.: 640
Address of court [ ] shown above [X] is: Roybal Courthouse, 255 E. Temple Street, Los Angeles, California 90012

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name):*

Date: April 24, 2008

*/s/ Carla M. Woehrle*
JUDGE OR REFEREE
MAGISTRATE JUDGE CARLA M. WOEHRLE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name):* PATRICK FRANCIS JERROLD   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt. and produce documents at the examination as listed on Exhibit "1" attached hereto.
5. The person to be examined is
   [X] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: April 22, 2008

MARSHA M. HAMASAKI, SBN 102720
(TYPE OR PRINT NAME)   (Continued on reverse)   (SIGNATURE OF DECLARANT)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment-Enforcement of Judgment)

Legal Solutions Plus

Code of Civil Procedure
§§ 491.110, 708.110, 708.120

> **APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**
>
> **NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

> **APPEARANCE OF A THIRD PERSON**
> **(ENFORCEMENT OF JUDGMENT)**
>
> **(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.
>
> **(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:
>
> If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

> **APPEARANCE OF A THIRD PERSON (ATTACHMENT)**
>
> **NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

> **APPEARANCE OF A CORPORATION, PARTNERSHIP,**
> **ASSOCIATION, TRUST, OR OTHER ORGANIZATION**
>
> It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

EXHIBIT "1"

**EXHIBIT "1"**

**DOCUMENTS TO BE PRODUCED**

**BY JUDGMENT DEBTOR**

<u>DEFINITIONS</u>

1.   "Judgment Debtor" refers to PATRICK FRANCIS JERROLD.

2.   This request calls for all documents in Judgment Debtor's actual or constructive possession, custody, control or care, including, but not limited to, those documents in the actual or constructive possession, custody or control of any lawyer, employee or other agent of Judgment Debtor.

3.   "DOCUMENT(S)" include any writing or record known to Judgment Debtor or Judgment Debtor's attorney, or any type or description, including but not limited to, originals (or if Judgment Debtor lacks the original, whatever type of copy Judgment Debtor has), correspondence, letters, agreements, telegrams, teletypes, mailgrams, interoffice communications, intraoffice communication, memoranda, reports, notes, notebooks, diaries, minutes, photographs, microfilm, tape recordings, account cards and book, computer tapes, cards and printouts, and all other documentary material, including any nonidentical copy (whether different from the original because of any nonidentical copy (whether different from the original because of any alterations, notes, comments, or other materials contained

140817.1

thereon or attached thereto and whether it is a draft or final.

4. As to each class of DOCUMENTS requested, please produce all DOCUMENTS for the period from January of 2005 to the date of production of said documents.

## DOCUMENTS TO BE PRODUCED

1. All financial statements prepared by and/or on behalf of Judgment Debtor and/or his spouse, since January of 2005.

2. All original monthly bank statements of Judgment Debtor and/or his spouse, for all of their personal and business checking accounts and all of their savings accounts for the time period from January of 2005, to the date of the examination.

3. All original savings account pass books, certificates of deposit and trust certificates in the name of Judgment Debtor and/or his spouse.

4. All original negotiable instruments and negotiable securities in the name of, or owned by, Judgment Debtor and/or his spouse.

5. Original cash disbursement journals of all businesses owned by Judgment Debtor and/or his spouse, for the period from January of 2005, to the date of the examination.

6. Copies of all accounts receivables of Judgment Debtor and/or his spouse, and all invoices in support of the accounts

receivables above from January of 2005, to the date of the examination.

7. All documents of title and registration for all vehicles and equipment which the Judgment Debtor and/or his spouse own or have an ownership interest in.

8. Documents of title for all real estate, including any leases, which the Judgment Debtor and/or his spouse own or have an ownership interest in.

9. All evidence of the Judgment Debtor's and/or his spouse's ownership interest in any other corporation, partnership, unincorporated association or any business organized or conducted for the production of income.

10. All evidence of any income received by Judgment Debtor and/or his spouse from January of 2005, to the date of the examination, from any source, including but not limited to Federal and State tax returns, promissory notes, insurance proceeds, repayment of loans, or receipt of income by gift, bequest or devise.

11. All the Judgment Debtor's job files for each contract, project or job on which the Judgment Debtor worked, including all documents agreements, and contracts between the Judgment Debtor and any general contractor, subcontractor, builder and developer, field records, job records, notices, project logs, supervisor's diaries or notes, employees diaries, memorandum and releases from

140817.1

January of 2005, to the date of the examination.

12. All evidence of any employer, or place of employment, of Judgment Debtor from January of 2005, to the date of the examination.

13. All evidence of Judgment Debtor's and/or his spouse's ownership interest, stocks, dividends and/or compensation related to any businesses and/or corporation in which Judgment Debtor and/or his spouse have an interest.

14. All evidence of any income, wages, commissions and bonuses received by Judgment Debtor and/or his spouse as an officer, employee, director, incorporator, and/or shareholder of any businesses and/or corporation in which Judgment Debtor and/or his spouse have an interest.

15. All evidence of any debts or payments owed by Judgment Debtor and/or his spouse, including but not limited to those arising from loans or judgments from January of 2005, to the date of the examination.

16. All evidence indicating that Judgment Debtor was either a plaintiff or defendant in any lawsuit from January of 2005, to the date of the examination.

17. Any and all evidence indicating that Judgment Debtor and/or his spouse received any judgment, award, bequest or devise in any lawsuit or other action from January of 2005, to the date of the examination.

140817.1

18. All evidence indicating that Judgment Debtor has an ownership interest in any patent, invention, trade name, trademark or copyright.

19. All evidence of safety deposit boxes controlled by the Judgment Debtor and/or his spouse to which the Judgment Debtor and/or his spouse have access, including the name and address of the bank or other institution where the safety deposit boxes are located.

20. All evidence of any transfers of real and/or personal property to third parties by Judgment Debtor and/or his spouse from January of 2005 through the date of the examination.

21. All evidence of life insurance policies owned by the Judgment Debtor.

22. All evidence of wills and codicils of Judgment Debtor and/or his spouse and of any trusts to which Judgment Debtor and/or his spouse are the beneficiaries.

140817.1