UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JERROLD-CORP, a corporation also known as and doing business as JMC CORP. and/or JMC CONTRACTORS; MICHAEL FRANCIS JERROLD, an individual; PATRICK FRANCIS JERROLD, an individual; etc., et al.,<br><br>Defendants. | CASE NO.: CV 00-07120 CAS (AGRx)<br><br>[PROPOSED] RENEWAL OF JUDGMENT BY CLERK<br><br>[NO HEARING SCHEDULED] |

Judgment having been entered on August 29, 2001 in the sum of $319,430.58, renewed on February 17, 2009 in the sum of $400,457.87, and subsequently renewed again on April 10, 2014 in the sum of $476,679.35, ("JUDGMENT") in favor of Plaintiff/Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company on behalf of LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS

362984.1

1

PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR MASONRY INDUSTRY ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter TRUST FUNDS) and against Judgment Debtor, PATRICK FRANCIS JERROLD (hereinafter "DEBTOR"),

NOW, upon Application for Renewal of Judgment by TRUST FUNDS and upon declaration showing that DEBTOR has failed to satisfy the total amount of said JUDGMENT and is indebted to TRUST FUNDS.

Abstracts of Judgment have been recorded as follows:

| County | Instrument Number | Recording Date |
|---|---|---|
| San Bernardino | #200200066862 | February 8, 2002 |
| Orange | #20020297399 | April 9, 2002 |
| Riverside | #2002-513162 | August 16, 2002 |

The Application for Renewal of Judgment and Renewal of Judgment were recorded as follows:

| Date: | County: | Instrument No.: |
|---|---|---|
| February 25, 2009 | Orange | #2009-000087129 |
| February 25, 2009 | Orange | #2009-000087130 |
| May 2, 2014 | Orange | #2014000171040 |
| May 2, 2014 | Orange | #2014000171041 |
| May 28, 2014 | Riverside | #2014-0195604 |
| May 28, 2014 | Riverside | #2014-0195605 |

A Notice of judgment lien as to the Judgment was filed with the California Secretary of State on December 26, 2001, File Number 01-36560120.

///

///

362984.1

2

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the money Judgment against DEBTOR is renewed in the amount of $571,106.61 as follows.

| | | | |
|---|---|---|---:|
| | a. | Total JUDGMENT | $ 476,679.35 |
| | b. | Costs after JUDGMENT | $ 0.00 |
| | c. | Interest after JUDGMENT computed from April 10, 2014 to July 9, 2019 at 3.45% accruing at $53.98 per day | $ 94,427.26 |
| | d. | Less credits after JUDGMENT | ($ 0.00) |
| | e. | Total Renewed Judgment | $ 571,106.61 |

DATED: __JULY 17, 2019__

_____ Deputy Clerk
CLERK OF THE COURT